UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

v.                                                                          7:06-CR-0245
                                                                            (GHL)
MARK ANTHONY WILTSHIRE, JR.,

                            Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br> Northern District of New York<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, New York 13261-7198 | JOHN L. CALCAGNI III, ESQ.<br>Special Assistant U.S. Attorney |
| OFFICE OF SETH BUCHMAN<br>Counsel for Defendant<br>20298 South Shore Road<br>Three Mile Bay, New York 13693 | SETH BUCHMAN, ESQ. |

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

Defendant has moved for a new trial. (Dkt. No. 29.) The Government has opposed the motion. (Dkt. No. 32.)

Although Defendant references a number of purported issues (Dkt. No. 29-3), his ultimate claim appears to be that the prosecutor's rebuttal summation, to the extent that it addressed a "mathematical formula" (Dkt. No. 29-3) based upon Dr. Closson's testimony, was improper. I disagree, and find that the rebuttal summation was fair comment based upon the evidence produced at trial. Accordingly, it is

**ORDERED**, that Defendant's motion (Dkt. No. 29) is **DENIED**.

Dated: November 13, 2007
       Syracuse, New York

_____
George H. Lowe
United States Magistrate Judge

2